1  MCGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BELTRAN-OCHOA et al.,<br><br>Defendants. | CASE NO. 2:20-CR-00011-JAM<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

The government's motion to unseal portions of the indictment and keep any reference to the other defendant sealed, and file a redacted copy of the sealed indictment is GRANTED. The above-captioned case is hereby unsealed related to defendants 1 through 4: Jonathan Noel Beltran-Ochoa, Bryan Sahid Favela, Angel Giovani Beltran, and Isaiah Meza. Defendant 5 shall remain sealed. It is further ordered that all previously filed documents shall remain sealed. The Clerk is directed to file a redacted indictment on the public docket. All future documents filed in the above-captioned matter shall be unsealed and publicly available unless accompanied by a request to seal.

Dated: January 28, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE