CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Jonathan Beltran-Ochoa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN BELTRAN-OCHOA, et al.,<br><br>Defendants | Case No.: 2:20-cr-11 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:　July 27, 2021<br>Time:　9:30 a.m.<br>Court:　Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, counsel for plaintiff United States of America, and attorney Clemente M. Jiménez, counsel for defendant Jonathan Beltran-Ochoa, that the status conference currently scheduled for July 27, 2021, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on August 10, 2021, at 9:30 a.m. for change of plea. Defense counsel will require additional time to confer with Mr. Barraza-Garcia and conduct further investigation, as necessary. *This proposed stipulation relates to Defendant Beltran-Ochoa only.*

　　　IT IS FURTHER STIPULATED the Court find and order that 1) time from the date of the parties' stipulation, July 23, 2021, to and including the August 10, 2021, status date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to

Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 2) the ends of justice served in granting the request outweigh the best interests of the public and the defendant to a speedy trial.

                                                      Phillip Talbert
                                                     Acting United States Attorney

DATED:   July 23, 2021 By:   /s/  Justin Lee
                                                     By JUSTIN LEE
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff
                                                   United States of America

DATED:   July 23, 2021   /s/  Clemente M. Jiménez
                                                   CLEMENTE M. JIMÉNEZ
                                                   Attorney for Jonathan Beltran-Ochoa

**ORDER**

The Court having, received, read, and considered the parties' stipulation, and good cause appearing therefrom,

IT IS ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The status conference in the above-entitled matter scheduled for July 27, 2021, at 9:30 a.m., is hereby vacated and the matter continued to August 10, 2021, at 9:30 a.m.

Based on the parties' representations, the Court finds and orders that 1) the time from the date of the parties' stipulation, July 23, 2021, to and including the August 10, 2021, status date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 2) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: July 23, 2021         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE