AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. §3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:20-cr-00011-JAM  Document 174  Filed 01/17/24  Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the

Eastern     District of     California

| | |
|---|---|
| United States of America<br>v.<br><br>JONATHAN NOEL BELTRAN-OCHOA | )<br>)<br>) Case No:   2:20-cr-00011-JAM-2<br>)<br>) USM No:   78924-097<br>) |

Date of Original Judgment:     06/01/2022

Date of Previous Amended Judgment:   N/A       )   David M. Porter, Assistant Federal Defender

*(Use Date of Last Amended Judgment if Any)*       *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     88     months **is reduced to**    70 months, effective February 01, 2024.    .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    06/01/2022    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:      01/17/2024           /s/ John A. Mendez
                                                  *Judge's signature*

Effective Date:      02/01/2024          Senior District Judge John A. Mendez
       *(if different from order date)*                    *Printed name and title*